# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-44197 PJS  
**Case Name:** Lewis, Gary Dean  
Lewis, Catherine Grace  
**Period Ending:** 09/30/16

**Trustee:** (420370) Homer W. McClarty  
**Filed (f) or Converted (c):** 03/19/15 (f)  
**§341(a) Meeting Date:** 04/22/15  
**Claims Bar Date:** 02/01/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Real Property/Residence/100 Kenwood Road<br>   Grosse Pointe Farms, MI 48236; amended to reflect exemption | 800,000.00 | Unknown | | 0.00 | FA |
| 2 Cash on Hand (h)<br>   Part of # 7; Court Order 10-16-15; Docket 54 | 200.00 | 0.00 | | 0.00 | FA |
| 3 Comerica Bank<br>   Premiere Package Checking Account | 4,887.51 | 2,443.75 | | 0.00 | FA |
| 4 PNC Standard Checking Account (h)<br>   Amended to remove exemption; Part of # 7; Court Order 10-16-15; Docket 54 | 24.16 | 0.00 | | 0.00 | FA |
| 5 Fidelity Money Market Policy | 47.60 | 24.22 | | 0.00 | FA |
| 6 Household Goods & Furnishings<br>   Including antiques & pottery collection; part of # 7; Court Order 10-16-15 Docket 54 | 24,450.00 | 0.00 | | 0.00 | FA |
| 7 Assorted Artwork & Rugs<br>   Court Order 10-16-15 Docket 54 | 39,750.00 | 15,000.00 | | 10,500.00 | 4,500.00 |
| 8 Debtor's Wearing Apparel (h)<br>   Part of # 7; Court Order 10-16-15 Docket 54 | 1,200.00 | 0.00 | | 0.00 | FA |
| 9 Spouse's Wearing Apparel (w)<br>   Part of # 7; Court Order 10-16-15 Docket 54 | 1,200.00 | 0.00 | | 0.00 | FA |
| 10 Wedding Ring & Watch (h) | 1,300.00 | 0.00 | | 0.00 | FA |
| 11 Jewelry (w)<br>   Gold & diamond bracelet ($500); bracelets ($200); Jade necklace ($150); assorted gold rings & costume jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 Firearms (h)<br>   Mossberg shotgun (20 gauge) $75; unnamed manufacturer 12 gauge shotgun $50; amended to increase exemption; part of # 7; Court Order 10-16-15 Docket 54 | 125.00 | 12.48 | | 0.00 | FA |
| 13 Equitable AXA Term Life Insurance Policy (h)<br>   $1 million face value; no cash surrender value | 1.00 | 0.00 | | 0.00 | FA |
| 14 AXA Disability Insurance Coverage (h) | 1.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases
Page: 2

**Case Number:** 15-44197 PJS  
**Case Name:** Lewis, Gary Dean  
Lewis, Catherine Grace  
**Period Ending:** 09/30/16  

**Trustee:** (420370) Homer W. McClarty  
**Filed (f) or Converted (c):** 03/19/15 (f)  
**§341(a) Meeting Date:** 04/22/15  
**Claims Bar Date:** 02/01/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| No cash value | | | | | |
| 15   IEEE Term Life Insurance Policy (h)<br>Face value $540,000; no cash surrender value | 1.00 | 0.00 | | 0.00 | FA |
| 16   IEEE Term Life Insurance Policy (w)<br>Face value $90,000; no cash surrender value | 1.00 | 0.00 | | 0.00 | FA |
| 17   Western & Southern Life Insurance Company (h)<br>"Paid Value" insurance policy; value listed is cash surrender value | 1,259.41 | 0.00 | | 0.00 | FA |
| 18   Fidelity Investments IRA (h) | 144.94 | 0.00 | | 0.00 | FA |
| 19   Fidelity Investments IRA (w) | 705.49 | 0.00 | | 0.00 | FA |
| 20   Bainbridge Acquisitions Inc.<br>100% shareholder; company formed in 2011 but never operated and never generated any revenue; part of # 7; Court Order 10-16-15 Docket 54 | 0.00 | 0.00 | | 0.00 | FA |
| 21   Bainbridge Advisors Inc.<br>100% shareholder; company formed in 2011 but has not operated or generated any revenue in quite some time; part of # 7; Court Order 10-16-15 Docket 54 | 0.00 | 0.00 | | 0.00 | FA |
| 22   Bainbridge Ventures Inc.<br>100% shareholder; sole asset of company Comerica Bank account with balance of $25.10; company has not operated or generated any revenue in one year; part of # 7; Court Order 10-16-15 Docket 54 | 0.00 | 0.00 | | 0.00 | FA |
| 23   Bainbridge Capital Inc.<br>100% shareholder; company was a holding company for stock in American BioCare Inc which is now defunct; company has no other assets and has never even opened a bank account; part of # 7; Court Order 10-16-15 Docket 54 | 0.00 | 0.00 | | 0.00 | FA |
| 24   Richmond Advisors LLC (h)<br>100% membership interest; debtor performs consulting services through this entity; sole asset of entity is a Comerica Bank account with a balance of $151.20 at time of filing; part of # 7; Court Order | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-44197 PJS  
**Case Name:** Lewis, Gary Dean  
Lewis, Catherine Grace  
**Period Ending:** 09/30/16

**Trustee:** (420370) Homer W. McClarty  
**Filed (f) or Converted (c):** 03/19/15 (f)  
**§341(a) Meeting Date:** 04/22/15  
**Claims Bar Date:** 02/01/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 10-16-15 Docket 54 | | | | | |
| 25  Tax Refund<br>Debtors do not expect a tax refund as they have substantial liabilities owed to the State and IRS | 0.00 | 0.00 | | 0.00 | FA |
| 26  2002 BMW X5 (h)<br>222,400 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 27  1952 Allis Chalmers Tractor<br>Non-running | 500.00 | 250.00 | | 0.00 | FA |
| 27  Assets  Totals (Excluding unknown values) | $879,298.11 | $17,730.45 | | $10,500.00 | $4,500.00 |

**Major Activities Affecting Case Closing:**

09/06/16 Payments to continue through March 2017

3/2016 Payments being made per Court Order 10-16-15 Docket 54

9/15 Motion to Approve Compromise filed with the Court September 21, 2015

8/11/15 Case remains open to investigate excess equity in real and personal property

**Initial Projected Date Of Final Report (TFR):** December 31, 2016  **Current Projected Date Of Final Report (TFR):** December 31, 2016

_____  
October 20, 2016  
Date

/s/ Homer W. McClarty  
_____  
Homer W. McClarty

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-44197 PJS  
**Case Name:** Lewis, Gary Dean  
    Lewis, Catherine Grace  
**Taxpayer ID #:** **-***2256  
**Period Ending:** 09/30/16

**Trustee:** Homer W. McClarty (420370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6366 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/02/15 | {7} | Gary Lewis | Acct #1; Payment #1; Court Order 10-16-15 Docket 54 | 1129-000 | 500.00 | | 500.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 490.00 |
| 12/01/15 | {7} | Gary Lewis | Acct #1; Payment #2; Court Order 10-16-15 Docket 54 | 1129-000 | 500.00 | | 990.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 980.00 |
| 01/06/16 | {7} | Gary Lewis | Acct #1; Payment #3; Court Order 10-16-15 Docket 54 | 1129-000 | 500.00 | | 1,480.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,470.00 |
| 02/02/16 | {7} | Gary Lewis | Acct #1; Payment #4; Court Order 10-16-15 Docket 54 | 1129-000 | 500.00 | | 1,970.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,960.00 |
| 03/07/16 | {7} | Gary Lewis | Acct #1; Payment #5; Court Order 10-16-15 Docket 54 | 1129-000 | 500.00 | | 2,460.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,450.00 |
| 04/01/16 | {7} | Lewis | Acct #1; Payment #6; Court Order 10-16-15 Docket #54 | 1129-000 | 500.00 | | 2,950.00 |
| 04/14/16 | | Gary Lewis | Acct #1; Payment #10, 11, 12, 7, 8, 9; Court Order 10-16-15 Docket 54 | | 3,000.00 | | 5,950.00 |
| | {7} | | Acct #1; Payment #10; Court Order 10-16-15 Docket 54   500.00 | 1129-000 | | | 5,950.00 |
| | {7} | | Acct #1; Payment #11; Court Order 10-16-15 Docket 54   500.00 | 1129-000 | | | 5,950.00 |
| | {7} | | Acct #1; Payment #12; Court Order 10-16-15 Docket 54   500.00 | 1129-000 | | | 5,950.00 |
| | {7} | | Acct #1; Payment #7; Court Order 10-16-15 Docket 54   500.00 | 1129-000 | | | 5,950.00 |
| | {7} | | Acct #1; Payment #8; Court Order 10-16-15 Docket 54   500.00 | 1129-000 | | | 5,950.00 |
| | {7} | | Acct #1; Payment #9; Court Order 10-16-15 Docket 54   500.00 | 1129-000 | | | 5,950.00 |
| 04/28/16 | {7} | Gary Lewis | Acct #1 Payment #11 Court Order 10/16/15 Docket #54 | 1129-000 | 500.00 | | 6,450.00 |

Subtotals: $6,500.00     $50.00

{} Asset reference(s)    15-44197-pjs    Doc 93    Filed 10/20/16    Entered 10/20/16 14:36:49    Page 4 of 5    Printed: 10/20/2016 10:25 AM    V.13.28

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-44197 PJS | **Trustee:** Homer W. McClarty (420370) |
| **Case Name:** Lewis, Gary Dean | **Bank Name:** Rabobank, N.A. |
| Lewis, Catherine Grace | **Account:** ******6366 - Checking Account |
| **Taxpayer ID #:** **-***2256 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 09/30/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,440.00 |
| 05/26/16 | {7} | Gary Lewis | Acct #1; Payment #14; Court Order 10/16/15 Docket # 54 | 1129-000 | 500.00 | | 6,940.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,930.00 |
| 06/30/16 | {7} | Gary Lewis | Acct #1; Payment #15; Acct #1 Court Order 10/15/15 Docket # 54 | 1129-000 | 500.00 | | 7,430.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.93 | 7,419.07 |
| 07/29/16 | {7} | Gary Lewis | Acct #1; Payment #16 | 1129-000 | 500.00 | | 7,919.07 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.28 | 7,908.79 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.40 | 7,896.39 |
| 09/06/16 | {7} | Gary Lewis | Acct #1; Payment #17; Court Order 10/16/15 Docket # 54 | 1129-000 | 500.00 | | 8,396.39 |
| 09/29/16 | {7} | Gary Lewis | Acct #1; Payment #18; Court Order 10/16/15 Docket # 54 | 1129-000 | 2,000.00 | | 10,396.39 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.87 | 10,384.52 |
| | | | **ACCOUNT TOTALS** | | 10,500.00 | 115.48 | $10,384.52 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,500.00 | 115.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $10,500.00 | $115.48 | |

Net Receipts : 10,500.00
Net Estate : $10,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6366** | 10,500.00 | 115.48 | 10,384.52 |
| | $10,500.00 | $115.48 | $10,384.52 |

October 20, 2016                                                                /s/ Homer W. McClarty
Date                                                                                        Homer W. McClarty